*4*

JOHN R. ROBERTS
Bankruptcy Trustee
Court@Bankruptcy-info.com
P.O. Box 1506
Placerville, CA  95667-1506
(530) 626-6476

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                                        CASE NO. **13-30317-D-7**

**JAMES DENNIS COREY**                DC NO. **JRR-1**
                                              DATE: **MARCH 4, 2015**
        Debtor(s).                       TIME: **10:00 A.M.**
_____/          COURTROOM: **34**

### TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY
### 11 U.S.C. § 363(b)

The Motion of JOHN R. ROBERTS, as Trustee of the estate of the above-named

debtor, respectfully represents:

1.      That movant is the duly elected, qualified and acting Trustee of the estate

of the above-named debtors

2.      That movant has, as such Trustee, possession of the following assets

belonging to the debtors' estate:

**SINGLE FAMILY RESIDENCE commonly known as**
**32 Red Willow Court, Blairsden, Plumas County, CA**
**APN 129-181-030   AND**
**VACANT LOT NEXT DOOR commonly known as**
**24 Red Willow Court, Blairsden, Plumas County, CA**
**APN:  129-181-029**
**(hereinafter "Properties")**

3.	That it is in the best interest of the estate that said Properties be sold in that it will generate cash for the estate and said sale is for the fair market value.

4.	The Trustee has received an offer from FRED BOSLEY and DIANE BOSLEY, no relationship to the debtor, for the sum of $165,000.00 for the Single Family Residence and $25,000.00 for the Vacant Lot, cash as evidenced by the Residential Purchase Agreement and Joint Escrow Instructions attached to the Exhibits and marked as **Exhibit "A" and Exhibit "B"** respectively.  The sale of the Single Family Residence is contingent on the sale of the Vacant Lot as buyers want to purchase both Properties for the total sum of $190,000.00.

5.	Any costs to be paid will be paid as agreed upon in the attached offers.

6.	An escrow has been opened at CAL-SIERRA TITLE COMPANY, escrow number 063-50714 and a $2,000.00 deposit has been placed with said title company.

7.	Liens recorded against the property will be paid.  Trustee has reviewed the Preliminary Title Report and has accounted for all recorded liens.   A copy of the Preliminary Title Report is attached to the Exhibits as **Exhibit "C".**

8.	The following liens have been disputed by the Debtor and Objections have been filed and said liens will transfer to the net proceeds of sale to be held by the bankruptcy estate until further Order of this Court:

| | |
|---|---|
| Franchise Tax Board (Dkt. No. 39) | $  5,673.72 |
| Internal Revenue Service (Dkt. No. 39) | $12,841.67 |
| Dan Howe (Dkt. No. 49) | $  2,327.24 |
| | |
| Total Disputed Liens | $20,842.63 |

9.	Trustee intends to pay the following liens from escrow:

| | |
|---|---|
| Plumas County Tax Collector – RP Tax | $5,201.00 |
| Feather Publishing Co. – A/J | $5,870.00 |

| Tracy & Cathy Wilburn – A/J | $5,824.50 |
|---|---|
| Kim Hooven Kalbaugh – A/J | $94,241.58 |
| Plumas Eureka Comm Svc District - HOA | $3,043.32 |
| Plumas Co. Unsecured Property Tax | $1,017.89 |
| | |
| Total of Liens | $ 115,198.29 |

10.     Real property taxes and utility liens and homeowner's association dues will be paid from the escrow, as applicable, along with the usual and customary escrow and title fees.

11.     CAROLE BENSON of COLDWELL BANKER CHANDLER REAL ESTATE has been employed by this Court to list and market the Properties pursuant to the Court's Orders, a copy of which is attached to the Exhibits as **Exhibit "D" and Exhibit "E".** The listing agreement called for real estate commission to be paid in the sum of six percent (6%) of the sales price on the Single Family Residence and ten percent (10%) on the Vacant Lot.

12.     Trustee seeks authorization to pay real estate commission through escrow on the sale of the Properties, and subject to Bankruptcy Court approval, the Trustee shall pay commissions as follows:  $9,900.00 on the sale of the Single Family Residence and $2,500.00 on the sale of the Vacant Lot for a total of $12,400.00 to CAROLE BENSON of COLDWELL BANKER CHANDLER REAL ESTATE.

13.     The bankruptcy estate will net approximately $58,601.71 from the sale, which has been calculated as follows

| Offer for Properties | $190,000.00 |
|---|---|
| Liens paid from escrow | $115,198.29 |
| Real Estate Commission | $ 12,400.00 |
| Escrow, title and recording fees | $ 3,800.00 |
| Net to the Estate | $ 58,601.71 |

14.     The Property is being sold on an "AS IS" basis without warranties of any kind, expressed or implied, being given by the Seller, concerning the condition of the Property or the quality of the title thereto, or any other matters relating to the Property.

15.     The fourteen (14) day stay period of the order approving the sale of the Property under Federal Rules of Bankruptcy Procedure 6004(h) is requested to be waived.

**WHEREFORE,** based upon the foregoing, the Trustee respectfully submits that good cause exists for granting the Sale Motion and requests that the Court enter an order as follows:

1.     Authorizing the Trustee to sell the Property to the Buyer (or Successful Bidder) pursuant to the terms and conditions as set forth in the Residential Purchase Agreement and Joint Escrow Instructions attached to the Exhibits and marked as **Exhibit "A" and Exhibit "B"**.

2.     Authorizing the Trustee to sign any and all documents convenient and necessary in pursuit of the sale as set forth above, including but not limited to any and all conveyances contemplated by the sale.

3.     Approving the payment of the real estate commissions in the total amount of $12,400.00 and all other costs associated with the sale.

4     Waiving the fourteen day stay of the order approving the sale of the Property under Federal Rules of Bankruptcy Procedure 6004(h).

5.     For such other and further relief as the Court deems just and proper under the circumstances of this case.

DATED:  February 4, 2015

/s/   JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA  95667
530-626-6476
court@bankruptcy-info.com
State Bar No. 77919

4